# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:24-M -03720(1) |
|  | § |
| (1) Jose Antonio Camacho-Flores | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 14, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Jose Antonio CAMACHO-Flores, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 05/11/2023, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Smith, Katrina M.** and that this complaint is based on the following facts: *"The defendant, Jose Antonio CAMACHO-Flores, was arrested by Border Patrol Agents, on December 14, 2024 for being an alien illegally present in the United States.*
**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Smith, Katrina M.
Signature of Complainant
Smith, Katrina M.
Border Patrol Agent

12/16/2024                                             at    DEL RIO, Texas
File Date                                                    City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE                   Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:24-M -03720(1)

(1) Jose Antonio Camacho-Flores

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 05/11/2023 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____    /s/ Smith, Katrina M.
Signature of Judicial Officer     Signature of Complainant